UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVE'S HOT CHICKEN FRANCHISE CO., LLC,**<br>     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-823** |
| **DOSTANA LLC.,**<br>     Defendant | **SECTION: "E" (1)** |

## ORDER

Before the Court is Defendant Dostana LLC's motion to dismiss and strike the claims of Plaintiff, Dave's Hot Chicken Franchise Co., LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

On August 1, 2025, the Court granted Plaintiff leave to amend its complaint and ordered that, if an amended complaint were filed, Defendant's motion to dismiss and strike would be denied without prejudice.[2] Plaintiff filed an amended complaint on August 18, 2025.[3]

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss and strike[4] is **DENIED WITHOUT PREJUDICE**. Defendant may refile its motion in a timely fashion.

New Orleans, Louisiana, this 22nd day of August, 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SUSIE MORGAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 18; Fed. R. Civ. P. 12(b)(6).
[2] R. Doc. 36.
[3] R. Doc. 37.
[4] R. Doc. 18.